No. 83–1792.  HOOVER & BRACKEN ENERGIES, INC. *v.* UNITED STATES DEPARTMENT OF THE INTERIOR ET AL.  C. A. 10th Cir. Certiorari denied.

No. 83–1799.  BAY HEAD IMPROVEMENT ASSN. *v.* MATTHEWS ET AL.  Sup. Ct. N. J.  Certiorari denied.

No. 83–1800.  MURPHY *v.* TEXAS.  Ct. Crim. App. Tex.  Certiorari denied.

No. 83–1805.  EKANEM ET AL. *v.* HEALTH & HOSPITAL CORPORATION OF MARION COUNTY, INDIANA, ET AL.  C. A. 7th Cir. Certiorari denied.

No. 83–1812.  BACHTEL ET UX. *v.* MAMMOTH BULK CARRIERS, LTD., ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 83–1813.  VANDYGRIFF *v.* PHILLIPS; and
No. 83–1969.  FIRST SAVINGS & LOAN ASSOCIATION OF BOWIE ET AL. *v.* PHILLIPS.  C. A. 5th Cir.  Certiorari denied.  Reported below: 711 F. 2d 1217 and 724 F. 2d 490.

No. 83–1815.  FIRST MISSISSIPPI NATIONAL BANK *v.* INTERNATIONAL MARINE TOWING, INC.  C. A. 5th Cir.  Certiorari denied.

No. 83–1819.  MILLER, AS PERSONAL REPRESENTATIVE OF THE ESTATE OF MILLER, ET AL. *v.* UNITED STATES.  C. A. 11th Cir.  Certiorari denied.

No. 83–1820.  GOAD *v.* GOAD.  Ct. App. Tex., 14th Sup. Jud. Dist.  Certiorari denied.

No. 83–1822.  CITY OF BIRMINGHAM, MICHIGAN *v.* UNITED STATES.  C. A. 6th Cir.  Certiorari denied.

No. 83–1826.  ANGEL ET AL *v.* SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN DIEGO (CASTLE, REAL PARTY IN INTEREST).  Ct. App. Cal., 4th App. Dist.  Certiorari denied.

No. 83–1827.  SOWA & SONS, INC. *v.* AMERICAN HOIST & DERRICK CO.  C. A. Fed. Cir.  Certiorari denied.